## FIRST DEPARTMENT, NOVEMBER, 1919.

HARRY BARON, Appellant, Respondent, *v.* MONSANTO CHEMICAL WORKS, Respondent, Appellant.

Appeal by the plaintiff from an order of the Supreme Court, entered in the New York county clerk's office August 19, 1919, so far as it denies plaintiff's motion for a bill of particulars with respect to certain affirmative defenses set forth in the answer; also an appeal by the defendant from each and every part of said order.

PER CURIAM: The defendant should be required to furnish the particulars called for by all the items of the order appealed from, except items 33 and 34; and should also be required to furnish particulars as to all the items set forth in plaintiff's notice of appeal, except the information called for by the first sentence of item 15. As so modified the order should be affirmed, without costs. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ. Order modified as indicated in opinion and as so modified affirmed, without costs.

---

DAVID ANSIN, Respondent, *v.* LEO M. COOPER, Impleaded with GERSON KAUFMANN, Appellant.

Appeal from a judgment of the Supreme Court in favor of the plaintiff, entered in the New York county clerk's office November 20, 1918, upon the verdict of the jury.

PER CURIAM: The plaintiff failed to prove a contract for the sale of the eighteen cases of goods, which was alleged to be the basis of his cause of action. The complaint should have been dismissed upon defendant's motion at the close of the plaintiff's case, which was renewed at the end of the case. The judgment should be reversed, with costs to appellant, and complaint dismissed, with costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ. Judgment reversed, with costs, and complaint dismissed, with costs.